COMMONWEALTH v. CORRELL.

**Criminal Prosecution — Taking in Obedience of Command of a Superior Officer.**
    A subordinate is not liable to *criminal* or *penal prosecution*, by taking
of property under orders from a superior military officer.

APPEAL FROM BALLARD CIRCUIT COURT

June 7, 1866.

OPINION OF THE COURT BY JUDGE PETERS:

Appellee took the horse from Armstrong in obedience to the
command of his superior officer and delivered him to the officer
to whom he was ordered to deliver him, and he was, as the evi-
dence conduces to show, put into the service of the government.

We are not, therefore, prepared to say that appellee by the
execution of an order of his superior officer in precisely the man-
ner he was commanded to do thereby subjected himself to a
*criminal or penal prosecution.*

Whether or not he would be responsible in a civil action to the
party who was deprived of his property by him, although he did
it in obedience to orders, is a question not now before us and
about which we express no opinion.

The judgment of the court below is, therefore, affirmed.